July 31, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00083-CV

**DR. ROBERT TAFEL; ROBERT E. TAFEL, D.D.S., PA D/B/A BEAR CREEK FAMILY DENTISTRY; BUCKNER MARKETPLACE DENTAL, PA D/B/A BEAR CREEK FAMILY DENTISTRY, ET AL., Appellants**

V.

**D.S.L., Appellee**

Today the Court heard appellant's motion to dismiss the appeal from the interlocutory appeal signed by the court below on July 31, 2024. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Dr. Robert Tafel; Robert E. Tafel, D.D.S., PA d/b/a Bear Creek Family Dentistry; Buckner Marketplace Dental, PA d/b/a Bear Creek Family Dentistry; Pecan Plaza Dental, PA; Pioneer Dental, PA d/b/a Bear Creek Family Dentistry; Westcliff Dental, PA d/b/a Bear Creek Family Dentistry; Spring Valley Crossing Dental, PA d/b/a Bear Creek Family Dentistry; Plaza De Oro Dental, PA d/b/a Bear Creek Family Dentistry; Torre Vista Dental, PA d/b/a Bear Creek Family Dentistry; Town North Dental, PA d/b/a Bear Creek Family Dentistry; Bear Creek Family Dentistry, PA d/b/a Bear Creek Family Dentistry; Mesquite Crossing

Dental, PA d/b/a Bear Creek Family Dentistry; CW Village Dental, PA d/b/a Bear Creek Family Dentistry; and BLT Support Services, LLC f/k/a BLT Management Company, LLC.

We further order this decision certified below for observance.

Judgment Rendered July 31, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.